**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| DONALD KRIMM AND AUDREY KRIMM, HIS WIFE, | : | No. 35 WAL 2017 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MUNICIPAL AUTHORITY OF WESTMORELAND COUNTY, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 5th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

     Petitioner's motion for post-submission communication is also **GRANTED**.